**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00261-REB-CBS

MBS DEV, INC., a Colorado corporation,

    Plaintiff,

v.

JUNCTION SOLUTIONS, INC., a Delaware corporation, f/k/a JUNCTION SOLUTIONS, LLC, f/k/a JUNCTION MANAGEMENT SOLUTIONS, LLC,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#19] filed April 17, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#19] filed April 17, 2009, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 20, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge